Conforming Copy

1  SHARON DOUGLASS MAYO - State Bar No. 150469
   sharon_douglass@aporter.com
2  DANIKA B. VITTITOE - State Bar No. 235337
   danika.vittitoe@aporter.com
3  VIKRAM SOHAL - State Bar No. 240251
   vikram_sohal@aporter.com
4  EMILIA PETERSEN - State Bar No. 253681
   emilia.petersen@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
6  Los Angeles, California  90017-5844
   Telephone: (213) 243-4000
7  Facsimile: (213) 243-4199

8  Attorneys for Plaintiffs

9

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

14  WB MUSIC CORP., ELVIRA              )   Case No. CV10-01272 JFW/(Ex)
    KOEHLER, CAROLYN                    )
15  ALTOBELLO, TED L. KOEHLER,          )
    JR. AND ROBERT J. KOEHLER           )   NOTICE OF INTERESTED PARTIES
16  D/B/A TED KOEHLER MUSIC             )
    COMPANY, SAM ARLEN D/B/A            )   [LOCAL RULE 7.1-1]
17  S.A. MUSIC COMPANY,                 )
    CHAPPELL & CO., INC., SONGS OF      )
18  PEER, LTD., DUBOSE & DOROTHY        )
    HEYWARD MEMORIAL FUND               )
19  PUBLISHING, GEORGE                  )
    GERSHWIN MUSIC, IRA                 )
20  GERSHWIN MUSIC AND FRANK            )
    MUSIC CORP.,                        )
21                                      )
    Plaintiffs,                         )
22                                      )
    v.                                  )
23                                      )
    EAST COAST FOODS, INC.,             )
24  SHORELINE FOODS, INC. AND           )
    HERBERT HUDSON,                     )
25                                      )
    Defendants.                         )
26                                      )

27

28

LA: 619354v1

Pursuant to Local Rule 7.1-1, Plaintiffs submit the following Notice of Interested Parties.

The undersigned, counsel of record for plaintiffs, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## INTERESTED PARTIES

1. The American Society of Composers, Authors and Publishers ("ASCAP"), a performing rights licensing organization of which plaintiffs are members.

2. WB Music Corp., plaintiff and copyright owner, wholly owned by publicly owned Warner Music Group Corp.

3. Elvira Koehler, Carolyn Altobello, Ted L. Koehler, Jr. and Robert J. Koehler d/b/a Ted Koehler Music Company, plaintiff and copyright owner.

4. Sam Arlen d/b/a S.A. Music Company, plaintiff and copyright owner.

5. Chappell & Co., Inc., plaintiff and copyright owner, wholly owned by publicly owned Warner Music Group Corp.

6. Songs of Peer, Ltd., plaintiff and copyright owner.

7. Dubose & Dorothy Heyward Memorial Fund Publishing, plaintiff and copyright owner.

8. George Gershwin Music, plaintiff and copyright owner.

9. Ira Gershwin Music, plaintiff and copyright owner.

10. Frank Music Corp., plaintiff and copyright owner.

11. East Coast Foods, Inc., defendant.

12. Shoreline Foods, Inc., defendant.

13. Herbert Hudson, defendant.

Dated:  February 19, 2010

ARNOLD & PORTER LLP
SHARON DOUGLASS MAYO
DANIKA B. VITTITOE
VIKRAM SOHAL
EMILIA PETERSEN


By: _____
Vikram Sohal
Attorneys for Plaintiffs

515837_1.DOC